## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 440 WAL 2018
:
              Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
          v. :
:
:
RICO MURPHY, :
:
              Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.